AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| BOON HOOI TEOH<br>on behalf of himself and others similarly situated<br><br>*Plaintiff(s)*<br>v.<br><br>MANHASSET RESTAURANT, LLC<br>d/b/a Toku Modern Asian *et al.*<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22-cv-04110(JMA)(LGD) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TROY LAW, PLLC
John Troy
41-25 Kissena Blvd Suite 103
Flushing, NY 11355

Tel: 718-762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/14/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

**POLL RESTAURANT GROUP INC**
2 Middle Neck Road, Roslyn NY 11576

**GOLD COAST RESTAURANT CORP d/b/a Bryant and Cooper Steak House**
2 Middle Neck Road, Roslyn NY, 11576

**MIRACLE MILE RESTAURANT LLC d/b/a Cipollini**
2 Middle Neck Rd Roslyn, NY 11576
2110C Northern Blvd Manhasset NY 11030

**MANHASSET RESTAURANT LLC d/b/a Toku Modern Asian**
2 Middle Neck Rd Roslyn, NY 11576
2014C Northern Blvd Manhasset NY 11030

**ROSLYN HOSPITALITY LLC d/b/a Hendrick's Tavern**
2 Middle Neck Rd Roslyn, NY 11576
1305 Old Northern Blvd Roslyn NY, 11576

**WHEATLEY RESTAURNT LLC d/b/a Bar Frites**
2 Middle Neck Rd Roslyn, NY 11576
400 Wheatley Plaza Greenville, NY 11548

**EAST MEADOW AVENUE RESTAURANT CORP. d/b/a Majors Steakhouse**
2 Middle Neck Rd Roslyn, NY 11576
284 East Meadow Avenue East Meadow NY, 11554

**100 HOSPITALITY LLC d/b/a The Bryant**
2 Middle Neck Rd Roslyn, NY 11576
100 Walt Whitman Rd Huntington Station, NY 11746

**GEORGE POLL a/k/a George J. Poll**
2 Middle Neck Rd Roslyn, NY 11576
2110C Northern Blvd Manhasset NY 11030
1305 Old Northern Blvd Roslyn NY, 11576
400 Wheatley Plaza Greenville, NY 11548
284 East Meadow Avenue East Meadow NY, 11554
100 Walt Whitman Rd Huntington Station, NY 11746

**Boon Hooi Teoh v. Poll Restaurant Group Inc *et al.*
Summons Rider**

**GILLIS POLL a/k/a Gillis J. Poll a/k/a Gillis W. Poll**
2 Middle Neck Rd Roslyn, NY 11576
2110C Northern Blvd Manhasset NY 11030
1305 Old Northern Blvd Roslyn NY, 11576
400 Wheatley Plaza Greenville, NY 11548
284 East Meadow Avenue East Meadow NY, 11554
100 Walt Whitman Rd Huntington Station, NY 11746

**Boon Hooi Teoh v. Poll Restaurant Group Inc** *et al.*

**Summons Rider**