UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **September 5, 2023** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☒ In Person    ☐ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-4110 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Teoh v. Manhasset Restaurant, LLC |
| **FOR PLAINTIFF(S):** | Tiffany Troy |
| **FOR DEFENDANT(S):** | Danielle Elizabeth Mietus |
| **NEXT CONFERENCE(S):** | February 7, 2024 at 3:00PM via AT&T Teleconference<br>(877-402-9753 – Access Code: 27851750) |
| **FTR/COURT REPORTER:** | 11:11-11:27 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, Plaintiff's motion at DE 31 for an extension of time to complete discovery is GRANTED. Fact discovery shall be completed by **12/01/2023**. The final date for the parties to take the first step to commence dispositive motion practice consistent with the Individual Practice Rules of District Judge Joan M. Azrack is **1/12/2024**.

<u>SO ORDERED</u>

<u>/s/ Lee G. Dunst</u>
LEE G. DUNST
United States Magistrate Judge