UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Boon Hooi Teoh,<br><br>         Plaintiff,<br><br> -v-<br><br>Manhasset Restaurant, LLC; Roslyn Hospitality, LLC; Gold Coast Restaurant Corp.; Miracle Mile Restaurant, LLC; Wheatley Restaurant, LLC; East Meadow Avenue Restaurant Corp.; 100 Hospitality, LLC; Poll Restaurant Group, Inc.; George Poll; and Gillis Poll,<br><br>         Defendants. | 22-cv-4110<br>(NJC) (LGD) |

## JUDGMENT

NUSRAT J. CHOUDHURY, United States District Judge:

  IT IS ORDERED, ADJUDGED, AND DECREED: that Plaintiff Boon Hooi Teoh ("Teoh") has judgment jointly and severally against Defendants Manhasset Restaurant, LLC; Roslyn Hospitality, LLC; Gold Coast Restaurant Corp.; Miracle Mile Restaurant, LLC; Wheatley Restaurant, LLC; East Meadow Avenue Restaurant Corp.; 100 Hospitality, LLC; Poll Restaurant Group, Inc.; George Poll; and Gillis Poll ("Defendants") in the amount of $184,067.52, consisting of:

 (A) compensatory damages for unpaid overtime wages under the New York Labor Law (the "NYLL") in the amount of $125,908.52;

 (B) compensatory damages for unpaid spread of hours wages under the NYLL in the amount of $13,099.71; and

(C) prejudgment interest on the unpaid wages calculated at the rate of 9% per annum and totaling $45,059.29.[1]

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Teoh be awarded post-judgment interest, as calculated under 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198.4.

IT IS FURTHER ORDERED: that the Judgment rendered by the Court on this day in favor of Teoh be entered as a final judgment against Defendants in the total amount of $184,067.52, as described above.

The Clerk of Court is directed to enter judgment, and to close this case.

SO ORDERED.

                                                                                          */s/ Nusrat J. Choudhury*
                                                                                          NUSRAT J. CHOUDHURY
                                                                                          United States District Judge

Dated:        Central Islip, New York
                November 19, 2024

---

[1] "The applicable rate of interest is 9% per annum, as specified in N.Y. C.P.L.R. §§ 5001 and 5004, and calculated from a reasonable midpoint date during the course of plaintiff's employment." *Bozdogan v. 23 Ludlam Fuel, Inc.*, No. 16-cv-1053, 2022 WL 4273851, at *10 (E.D.N.Y. Sept. 15, 2022) (citation and brackets omitted); *see also Padilla v. Manlapaz*, 643 F. Supp. 2d 302, 314 (E.D.N.Y. 2009) ("[I]nterest shall be computed upon each item from the date it was incurred or upon all of the damages from a single reasonable intermediate date."); *Khurana v. JMP USA, Inc.*, No. 14-cv-4448, 2017 WL 1251102, at *17 (E.D.N.Y. Apr. 5, 2017) ("Courts have discretion in choosing a reasonable date from which to calculate pre-judgment interest."). Here, the parties have agreed to a calculation of prejudgment interest of $45,059.29, using March 31, 2021 as the reasonable midpoint date. (Joint Letter Enclosing Damages Calculations, Ex. 1, ECF No. 93-1 at 2.) Accordingly, I adopt the parties' calculation.